UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| ADAM S. MURPHY, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 1:17-cv-395-GZS |
| | ) | |
| AROOSTOOK COUNTY JAIL, et al., | ) | |
| | ) | |
| Defendants | ) | |

# ORDER AFFIRMING THE
# RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

No objections having been filed to the Magistrate Judge's Recommended Decision ECF No. 5) filed December 18, 2017, the Recommended Decision is **AFFIRMED**.

Accordingly, it is **ORDERED** that Plaintiff's Complaint (ECF No. 1) is **DISMISSED WITHOUT PREJUDICE**.

                                                      /s/ George Z. Singal
                                                    United States District Judge

Dated this 17th day of January, 2018.